Case 4:21-cr-00122   Document 1   Filed on 03/10/21 in TXSD   Page 1 of 3

United States Courts
Southern District of Texas
**FILED**
*March 10, 2021*
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | CRIMINAL NO.: **4:21-cr-122** |
| v. | § § § | 18 U.S.C. § 1920: False Statement or Fraud to Obtain Federal Employee's Compensation (Count 1) |
| PATRICK ANDRE BUCKNER, | § § § | |
| Defendant. | § | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

### FALSE STATEMENT REGARDING FEDERAL WORKERS' COMPENSATION BENEFITS

### 18 U.S.C. § 1920

On or about November 15, 2019, in the Houston Division of the Southern District of Texas and elsewhere, the Defendant,

## PATRICK ANDRE BUCKNER

with intent to defraud, did knowingly and willfully file a false Form 1032 report with the Department of Labor, Office of Workers' Compensation Program, in connection with the receipt of worker's compensation benefits, all in violation of Title 18, United States Code, Section 1920 (18 U.S.C. § 1920).

## NOTICE OF CRIMINAL FORFEITURE

## (18 U.S.C. § 982(a)(7); 18 U.S.C. § 981(a)(1)(C))

Pursuant to Title 18, United States Code, Section 982(a)(7), the United States gives notice that upon Defendant's conviction of any fraud or false statement offense charged in this Indictment, the United States will seek forfeiture of all property, real or personal, that constitutes or is derived, directly or indirectly, from gross proceeds traceable to the commission of such offenses.

Pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), the United States gives notice that upon Defendant's conviction of any fraud or false statement offense offenses charged in this Indictment, the United States intends to seek forfeiture of all property, real or personal, which constitutes or is derived from proceeds traceable to such offenses.

## MONEY JUDGMENT AND SUBSTITUTE ASSETS

The United States gives notice that it will seek a money judgment against the Defendant. In the event that one or more conditions listed in Title 21, United States Code, Section 853(p) exist, the United States will seek to forfeit any other property of the Defendant up to the amount of the money judgment.

**A TRUE BILL**

  Original Signature on file  
FOREPERSON OF THE GRAND JURY

2

JENNIFER LOWERY
Acting United States Attorney
Southern District of Texas

By: *Thomas H. Carter*
    THOMAS H. CARTER
    Assistant United States Attorneys
    Southern District of Texas